

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00015-CR

Bronwen Victoria **MCHENRY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 18-0847-CR-A
Honorable Jessica Crawford, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, we MODIFY the trial court's December 3, 2019 Judgment Adjudicating Guilt as follows:

Under the heading "Plea to Motion to Adjudicate," we delete "True" and MODIFY the judgment to state "Not True."

We AFFIRM the trial court's judgment as modified.

SIGNED January 27, 2021.

_____
Rebeca C. Martinez, Chief Justice